IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL JAMES LONGS II, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN MCMANAMAN, AMY GOODRO, TIM S. NOERRLINGER, MARK RAPPL, KRISTEN DRAPER, JEANNE MORRAND, WEBB BANCROFT, and CHRISTOPHER EICKHOLT, <br><br> Defendants. | 4:18CV3161 <br><br> MEMORANDUM AND ORDER |

This matter is before the court on Plaintiff Michael J. Longs II's ("Longs" or "Plaintiff") Motion for Preliminary Injunction and Temporary Restraining Order. ([Filing No. 10](#).) Longs asks the court for a preliminary injunction and temporary restraining order enjoining Defendants from confining and restraining him in any way.

Longs has four other pending civil cases in this court at Case Numbers 4:18CV3146, 4:18CV3148, 4:18CV3153, and 4:19CV3001, and the court takes judicial notice of the records in those cases. On April 12, 2019, in each of those four cases, the clerk of the court received correspondence from the Lancaster County Department of Corrections indicating Longs is no longer incarcerated there. (*See* [Filing No. 16](#), Case No. 4:18CV3146; [Filing No. 16](#), Case No. 4:18CV3148; [Filing No. 15](#), Case No. 4:18CV3153; [Filing No. 13](#), Case No. 4:19CV3001.) Because Longs is no longer in custody, the court will deny Longs' request for preliminary injunction and temporary restraining order as moot.

Furthermore, Longs has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Longs' whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (filing no. 10) is denied as moot.

2. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **May 15, 2019**: check for address.

Dated this 15th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge